No. 299, Misc.  DeMoss *v.* Rundle, Warden.  C. A. 3d Cir.  Certiorari denied.

No. 301, Misc.  Irby *v.* Maryland.  Court of Appeals of Maryland.  Certiorari denied.

No. 302, Misc.  Oliphant *v.* United States.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 303, Misc.  Ranous *v.* New York.  Appellate Division, Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.

No. 304, Misc.  Taylor *v.* Texas.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 305, Misc.  Bergen *v.* Rhay, Penitentiary Superintendent.  Supreme Court of Washington.  Certiorari denied.

No. 306, Misc.  Gaito *v.* Rundle, Correctional Superintendent.  C. A. 3d Cir.  Certiorari denied.

No. 310, Misc.  Seniff *v.* Seniff.  Supreme Court of Florida.  Certiorari denied.

No. 311, Misc.  Sullivan *v.* Texas.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 312, Misc.  Tyson *v.* Cunningham, Penitentiary Superintendent.  Supreme Court of Appeals of Virginia.  Certiorari denied.